PROB 12B
(7/93)

Report Date: July 5, 2011

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 1 2011

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Isaac Verduzco                    Case Number: 2:11CR06047-001

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 8/28/2006             Type of Supervision: Supervised Release

Original Offense: Distribution of Methamphetamine Exceeding 500 Grams, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

Date Supervision Commenced: 8/16/2010

Original Sentence: Prison - 70 Months; TSR - 60 Months

Date Supervision Expires: 8/15/2015

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

17   You shall have no contact with the victim, Eva Brasker, in person, by letter or other communication devices, audio or visual devices, or through a third party, unless authorized by the supervising officer. You shall not enter the premises or loiter within 1,000 feet of the victim's residence or place of employment.

## CAUSE

Mr. Verduzco is considered in violation of his term of supervised release. On or about May 21, 2011, he received a new law violation for harassment domestic violence and he was in contact with a felon without prior approval from his supervising probation officer.

The defendant had contact with Eva Brasker, who is a convicted felon and also currently on supervised release with U.S. Probation. Ms. Brasker is currently participating in the Sobriety Treatment Education Program (STEP). Both individuals were notified prior to this incident that they did not have approval to have contact with each other.

According to the Richland Police Department incident report, Ms. Brasker initiated the contact on May 21, 2011, by going to Mr. Verduzco's residence to drop off some of his property. She then contacted the police department regarding Mr. Verduzco harassing her by telephone, and by coming to her residence and place of employment. She advised officers he appeared intoxicated when he came to her residence. Mr. Verduzco has acknowledged he had

Prob 12B
Re: Verduzco, Isaac
July 5, 2011
Page 2

consumed a beer before going to Ms. Brasker's residence, but denied being intoxicated. He stated Ms. Brasker assaulted him by swinging at him and knocking off his glasses. He had a small cut under his left eye and his glasses were broken. Ms. Brasker was not charged with this incident. Mr. Verduzco also admitted that he went to her place of employment, but denied harassing her. He advised he wanted to speak to her about his broken glasses. Mr. Verduzco was arrested upon leaving Ms. Brasker's employment and a harassment charge was filed in Benton County District Court, case 1Z0198101. This matter has not been adjudicated, but the defendant has a temporary no contact order with Ms. Brasker.

Based on the circumstances involved in this offense and the violation behavior, this officer respectfully recommends the defendant's supervision conditions be modified. He currently does not have a no alcohol condition, but his alcohol use contributed to his unlawful behavior. Additionally, it should be a permanent supervision requirement that Mr. Verduzco not have any contact with Ms. Brasker despite the outcome of this harassment charge. This would be to the benefit of both individuals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/05/2011

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

August 1, 2011
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

17   You shall have no contact with the victim, Eva Brasker, in person, by letter or other communication devices, audio or visual devices, or through a third party, unless authorized by the supervising officer. You shall not enter the premises or loiter within 1,000 feet of the victim's residence or place of employment.

Witness: _SanJuanita B. Coronado_         Signed: _Isaac Verduzco_
         SanJuanita B Coronado                     Isaac Verduzco
         U.S. Probation Officer                    Probationer or Supervised Releasee

                              _7/5/2011_
                                Date